**Order entered July 28, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00535-CV

## IN THE MATTER OF THE RUFF MANAGEMENT TRUST

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-01051-1**

## ORDER

By order entered June 15, 2017, we granted Dallas County Clerk John Warren's request to extend time to file the clerk's record and directed the record be filed on or before June 26, 2017. To date, however, the record has not been filed. Accordingly, we **ORDER** Mr. Warren to file the record no later than August 8, 2017. As this is an accelerated appeal and the record was originally due May 25, 2017, extension requests will be disfavored.

/s/    CRAIG STODDART
       JUSTICE